Case 1:14-cv-00720-EDK   Document 6   Filed 08/08/14   Page 1 of 3

**FILED**

AUG 8 2014

U.S. COURT OF
FEDERAL CLAIMS

**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Bid Protest

| | |
|---|---|
| BAHRAIN MARITIME & MERCANTILE INTERNATIONAL BSC (C), | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

Case No. _____

14-720 C

Judge _____

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Appendix C, Section III of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff Bahrain Maritime & Mercantile International BSC ("BMMI") respectfully requests that this Court file under seal Plaintiff's Complaint, as well as Plaintiff's Proposed Redacted Version of the Complaint. BMMI's Complaint contains secret, source selection sensitive, confidential, or other proprietary information that is subject to the protective orders issued by the Government Accountability Office in the Protest of Bahrain Maritime & Mercantile International BSC, B-407575.6.

Although Appendix C of the RCFC requires a party to file a redacted version of any pleading filed under seal, BMMI also seeks leave to file its proposed redacted version of the Complaint temporarily under seal to allow the Government and any putative intervenor the opportunity to review the proposed redactions in accordance with the Government Accountability Office protective order. BMMI proposes that the Court unseal the redacted version of the Complaint as soon as all parties have agreed upon the material that should be protected.

August 8, 2014                                    Respectfully submitted,

/s/ Thomas P. McLish
Thomas P. McLish
tmclish@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564
(202)887-4000 (Tel)
(202)887-4288 (Fax)
Lead Attorney for BMMI

Of Counsel:

Robert K. Huffman
 rhuffman@akingump.com
Scott M. Heimberg
 sheimberg@akingump.com
Joseph W. Whitehead
 jwhitehead@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564
(202)887-4000 (Tel)
(202)887-4288 (Fax)
Attorneys for BMMI

**Certificate of Service**

I hereby certify that a copy of the foregoing Motion for Leave to File Documents Under Seal was sent via email this 8th day of August to:

    U.S. Department of Justice
    Commercial Litigation Branch
    Civil Division
    1100 L Street, NW
    8th Floor
    Washington, DC 20530
    nationalcourts.bidprotest@usdoj.gov

                                      Respectfully submitted,

                                      Thomas P. McLish
                                      tmclish@akingump.com
                                      Akin Gump Strauss Hauer & Feld LLP
                                      1333 New Hampshire Ave., N.W.
                                      Washington, D.C. 20036-1564
                                      (202)887-4000 (Tel)
                                      (202)887-4288 (Fax)
                                      Lead Attorney for BMMI